United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN MATTHEW NADLER,

Plaintiff,

v.

EDWARD BORLA, et al.,

Defendants.

Case No.  26-cv-02701-LJC

**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled related case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to *McKenzie v. Borla*, Case No. 25-cv-02820-TLT.

**IT IS SO ORDERED.**

Dated: April 1, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge